UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20971-CR-SEITZ

UNITED STATES OF AMERICA,

v.

ANDY AMEDA,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT ANDY AMEDA'S
MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE**

THIS MATTER came before the Court on March 2, 2021 for a Zoom hearing regarding Defendant Andy Ameda's pro se Motion for Early Termination of Supervised Release [DE 166]. The United States Probation Office supports Mr. Ameda's motion and at the hearing the Government orally stated that based on the USPO's supplemental information, it was withdrawing its opposition [DE 168] to the Motion. Having considered the parties' statements, all materials submitted by the United States Probation Office ("USPO"), the Defendant's record during his incarceration and since his release, the record in this case, 18 U.S.C. §§ 3583(e)(1) and 3553(a), the Court will exercise its discretion to grant the motion. For the reasons discussed below, the Court finds that early termination of supervised release is appropriate in this case.

Defendant's motion is a simple request for early termination stating that he has accepted responsibility, changed his life for the better and since his release to a halfway house in January 2018, he has maintained employment and not been in trouble or involved with anyone involved in criminal activity. He also stated that he is involved in a community bike organization called "Break the Cycle".

On June 18, 2008, Mr. Ameda was 20 years old when the Court sentenced him ten years of imprisonment to be followed by five years of supervised release for conspiracy to possess with intent to distribute and for possession of 50 grams or more of crack cocaine. He committed this offense while on supervision for his first federal conviction. When his first supervision was revoked, he received an additional two-year sentence, to run sequentially to his sentence in this case. Prior to his federal sentencings, he had a relatively extensive juvenile record beginning at age 12.

On July 10, 2018, Mr. Ameda commenced supervision on his 2008 sentences. In contrast to his first federal supervision, this time, he has completed more than thirty-one months 60-month term of supervised release without any incidents of non-compliance and has conducted himself in an exemplary fashion. Since the beginning of supervision, the USPO classified him as Low-Moderate Risk of recidivism. According to his Probation Officer, Mr. Ameda has consistently tested negative for any illicit drugs and continuously strives to be a better person not only for himself, but for his family and those around him.

At the hearing, Mr. Ameda expressed how he felt when he received his lengthy sentence at the age of twenty. He talked about how traumatic the first years in prison were, particularly losing touch with his father and the death of his mother in 2012. He explained that during his incarceration he read several books including, "The Seven Habits of Highly Effective People" by Stephen Covey. He credits those books as causing a shift in his thinking and inspiring him to take responsibility for his life.

Mr. Ameda's prison records support his account of his transformation while in prison. During his incarceration, he obtained his GED and participated in and received certificates of completion for a number of programs including: Microsoft Office Applications Professional Training on 3/20/2010; Motor Vehicle Air Conditioning Refrigerant Recovery and Recycling Equipment Training on 6/24/2011; Residential Air Conditioning Technician Training on

7/31/2012; National Federation of Professional Trainers on 12/17/2012; ISO Internal Auditor Training Course in 2/2012; and attended a Mock Job Fair 9/23/2015. He also completed the Residential Drug Abuse Treatment Program (RDAP) program, which Mr. Ameda says taught him to change his criminal thinking patterns.

On March 6, 2021, Mr. Ameda will be 33 years old. Since his release in 2018, Defendant has been consistently gainfully employed, first as an electrical assistant with Handy Electric Inc. He then applied his training as an air conditioning technician. He currently works as a primary HVAC technician with Beckman Coulter Inc., a job that he has held for more than 18 months. He explained that in his current position, he oversees 20 different industrial-sized units which must be maintained in top condition because his employer is a medical science-based company working with blood products. He is interested in continuing to advance at the company.

His most recent job evaluation reflects that he meets all expectations. His manager describes him as being "a very good mechanic," "an asset to the department," "very approachable, and as having a "positive attitude". His manager also states that Mr. Ameda is well-liked in the department and uses sound judgment in correcting problems that arise. In his 2020 job evaluation, Mr. Ameda's supervisor encouraged Mr. Ameda to continue to grow his HVAC education by taking available courses. At the hearing, Mr. Ameda stated that he intends to take additional HVAC courses that his employer will pay for.

As for his personal life, Mr. Ameda stated that he lives alone in a gated community not too far from his job. He stated that he maintains close contact with his brother, who is a truck driver, and talked about his participation in community bike rides. He also thanked his probation officer and said that he looks on him as a big brother.

Based on a thorough review of the record, the Court concludes that although Defendant spent eight (8) years of his early life engaging in activities that repeatedly brought

3

him into in the criminal justice system, his past thirteen (13) years have been transformative. He has stayed out of trouble, developed a career path, maintained employment, and cultivated positive relationships. His participation in a community group that regularly interacts with law enforcement suggests that he likely poses no threat to the public. Mr. Ameda has demonstrated that he is committed to being a positive contributor to society. He has demonstrated that he respects the rule of law, is humble, helps others and strives to grow and continuously improve himself. In sum, his personal growth during his incarceration and since his release have been remarkable.

Accordingly, after considering the relevant § 3553 (a) factors, the Defendant's Motion, US Probation's support and the Government's withdrawal of opposition, the Court concludes that, in the interests of justice, Mr. Ameda's supervised release should be terminated early. As part of his continued journey toward being the best member of society that he can be, the Court strongly encourages Mr. Ameda to register to vote at his first opportunity. Therefore, it is

**ORDERED** that:

1) Defendant's Motion for Early Termination of Probation [DE 166] is **GRANTED;**

2) Defendant Andy Ameda's supervised release shall terminate on March 3, 2021. This order evidences that he has fully and completely satisfied all the terms and conditions of his sentences and is entitled to full restoration of his civil rights.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of March 2021.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc:   All counsel of record